**No. 11-5467. Van Son Thai, aka Son Tau, aka Thai Son, Petitioner v. United States.**

565 U.S. 909, 132 S. Ct. 316, 181 L. Ed. 2d 194, 2011 U.S. LEXIS 5888.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 420 Fed. Appx. 283.